# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREDERICK C. LOHN, as a Participant in the SHEET METAL WORKERS' NATIONAL PENSION FUND, | * | |
| Plaintiff | * | Civil Action No. MJG-97-1812 |
| v. | * | MJG-98-606 MJG-98-3803 |
| HARRY HUGE, et al. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Joint Motion to Extend Time for completion of Settlement, and, subject to Judge Garbis' approval, it is this _____ day of _____, 2001, ORDERED:

1. That the time for reopening this case with respect to claims by the plaintiff against defendants Harry Huge, Duff Kennedy, AESOP Managers, Inc., Capitol Investors, Inc., and The AESOP Fund, L.P. ("AESOP") and with respect to cross-claims of AESOP, pursuant to further Order of this Court upon application of any party based upon the failure to consummate the settlement proceeding or other good cause as specified in this Court's Order of February 23, 1999, be further extended from July 31, 2001, to November 30, 2001.

2. If any party to the above referenced cases wishes a hearing on the extension ordered above, he or she may submit a written request within 10 days, and a telephone conference will be scheduled with counsel to discuss the issue. Should this occur, the extension granted will remain in effect until any subsequent ruling.

_____
United States Magistrate Judge

