IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK C. LOHN, as a Participant in the *
SHEET METAL WORKERS' NATIONAL
PENSION FUND,                              *

    Plaintiff                              *   Civil Action No. MJG-97-1812

v.                                         *

HARRY HUGE, et al.                         *

    Defendant                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consent of the parties and their counsel, and, subject to Judge Garbis' approval, it is this 29th day of March, 2001, ORDERED:

1. That the time for reopening this case with respect to claims by the plaintiff against defendants Harry Huge, Duff Kennedy, AESOP Managers, Inc., Capitol Investors, Inc., and The AESOP Fund, L.P. ("AESOP") and with respect to cross-claims of AESOP, subject to further Order of this Court upon application of any party based upon the failure to consummate the settlement proceeding or other good cause as specified in this Court's Order of February 23, 1999, be further extended from March 31, 2002, to September 30, 2002.

2. If any party wishes a hearing on the extension ordered above, he or she may submit a written request within 10 days, and a telephone conference will be scheduled with counsel to discuss the issue. Should this occur, the extension granted will remain in effect until any subsequent ruling.

_____
United States Magistrate Judge

PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

#291200